UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------x

CARMEN TAVAREZ-VARGAS, individually, and : No. 1:21-cv-10024-JGK
on behalf of all others similarly situated,

                Plaintiff,

                                          **JOINT MOTION TO**
   - against -                         **TEMPORARILY STAY**
                                          **LITIGATION PROCEEDINGS**

WEVIDEO, INC.,

                Defendant.

---------------------------------------x

      Defendant WeVideo, Inc. and Plaintiff Carmen Tavarez-Vargas hereby jointly move this Court to stay these litigation proceedings for 60 days, to and including, July 5, 2022, to allow the parties sufficient time to finalize a resolution of this matter. The parties respectfully request that all pending deadlines in the litigation be stayed and continued pending the parties' discussions.

Dated: New York, New York
       May 5, 2022

**MIZRAHI KROUB LLP**　　　　　　　　　　　**SIDLEY AUSTIN LLP**

By: /s/ Edward Y. Kroub　　　　　　　　　　By: /s/ Eric G. Hoffman
Edward Y. Kroub　　　　　　　　　　　　　　Eric G. Hoffman
William J. Downes　　　　　　　　　　　　　Eric.Hoffman@sidley.com
200 Vesey Street, 24th Floor　　　　　　　　　787 Seventh Avenue
New York, NY 10281　　　　　　　　　　　　New York, NY 10019
Telephone: 212/595-6200　　　　　　　　　　Tel: (212) 839-5300
212/595-9700 (fax)　　　　　　　　　　　　　Fax: (212) 839-5599
ekroub@mizrahikroub.com
*Attorneys for Plaintiff*　　　　　　　　　　　*Attorney for Defendant*
　　　　　　　　　　　　　　　　　　　　　*WeVideo, Inc.*

SO ORDERED:
5/6/22　　/s/ John G. Koeltl
　　　　　　U.S.D.J.